DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of C.V., E.V, and A.V., children.

K.V.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D23-268

_____

September 20, 2023

Appeal from the Circuit Court for Pinellas County; Christopher M.
LaBruzzo, Judge.

K.V., pro se.

Bruce Bartlett, State Attorney, and Leslie M. Layne, Assistant State
Attorney, Clearwater, for Appellee Department of Children and Families.

Stephanie E. Novenario, Senior Attorney, and Sara Elizabeth Goldfarb,
Statewide Director of Appeals, Statewide Guardian ad Litem Office,
Tallahassee, for Appellee Guardian ad Litem Program.

PER CURIAM.

    Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.